**Opinion issued July 1, 2021**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-20-00738-CV

_____

### QUY NGUYEN AND THUY-VAN NGUYEN, Appellants

### V.

### CHAU M. LE AND THUY LE, Appellees

---

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Case No. 2018-55767**

---

## MEMORANDUM OPINION

Appellants, Quy Nguyen and Thuy-Van Nguyen, have failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellants did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing

involuntary dismissal of case). Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Landau and Countiss.